IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH RUNNER : CIVIL ACTION
:
v. :
:
C.R. BARD et al. : NO. 14-5259

ORDER

AND NOW, this 3rd day of June, 2015, upon consideration of the defendants' motion to dismiss (docket entry #7) and the plaintiff's opposition thereto, it is hereby ORDERED that:

1. The Clerk of Court shall TRANSFER this case from our Civil Suspense docket to our Active Docket;

2. Defendants' motion to dismiss is GRANTED IN PART and DENIED IN PART;

3. Defendants' motion to dismiss is GRANTED as to Counts II, III, IV, V, VI, VII, VIII, and IX[1];

4. Defendants' motion to dismiss is DENIED as to Count I;

5. By noon on June 8, 2015 the parties shall jointly ADVISE the Court by facsimile (215-580-2156) whether mediation before the Honorable Jacob P. Hart would likely be productive; and

6. Further scheduling shall ABIDE receipt of the parties' facsimile.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.

---

[1] The plaintiff erroneously misnumbered this Count, for violation of the New Jersey Consumer Fraud Act, as Count IV.